

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SALVADOR GARCIA, | § | No. 08-19-00176-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| Relator. | § | (TC# 3539) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.